STONEBARGER LAW
A Professional Corporation

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO. 12-CV-02103-GEB-JFM |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | ) ) | |
| BEST BUY CO. INC., a Minnesota corporation; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 1-100, inclusive | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

11
12
13
14
15
16
17
18

19

**IT IS HEREBY ORDERED** that:

20

      1.     The Status Conference currently scheduled on November 26, 2012, at 9:00 a.m.

21

be continued for sixty (60) days to January 28, 2013; and

22

      2.     No Joint Statement is currently due.  The parties will meet and confer twenty-one

23

(21) days prior to the rescheduled Status Conference hearing and file a Joint Statement fourteen

24

(14) days before the continued Status Conference hearing date.

**Date:  11/7/2012**

25
26

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

27
28

---