STONEBARGER LAW
A Professional Corporation

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>                         Plaintiffs,<br><br>     vs.<br><br>BEST BUY CO. INC., a Minnesota corporation; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 1-100, inclusive<br><br>                     Defendants. | CASE NO. 12-CV-02103-GEB-JFM<br><br>**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that:

     1.    The Status Conference currently scheduled on January 28, 2013, at 9:00 a.m. is rescheduled for April 15, 2013.  A joint status report shall be filed fourteen days prior to the hearing.

**Date:  1/15/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge