Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141

*Attorneys for Plaintiff and the Class*

Penelope A. Preovolos, State Bar No. 87607
PPreovolos@mofo.com
Andrew D. Muhlbach, State Bar No. 175694
AMuhlbach@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

*Attorneys for Defendants*

BEST BUY CO. INC. AND
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BEST BUY CO. INC., a Minnesota corporation; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 1-100, inclusive <br><br> Defendants. | CASE NO. 12-CV-02103-GEB-JFM <br><br> **STIPULATION TO DISMISS DEFENDANT BEST BUY CO., INC. WITHOUT PREJUDICE** |

1

**STIPULATION TO DISMISS DEFENDANT BEST BUY CO., INC. WITHOUT PREJUDICE**

It is hereby stipulated and agreed that, in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Chad Herron hereby dismisses Defendant Best Buy Co., Inc. without prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 1, 2013                STONEBARGER LAW, APC

                                    By: /s/ Richard D. Lambert
                                        Gene J. Stonebarger
                                        gstonebarger@stonebargerlaw.com
                                        Richard D. Lambert
                                        rlambert@stonebargerlaw.com

                                        Attorneys for the Plaintiff and the Class

Dated: March 1, 2013                MORRISON & FOERSTER LLP

                                    By: /s/ Andrew D. Muhlbach
                                        Andrew D. Muhlbach
                                        bdalton@crouchfirm.com

                                        Attorneys for Best Buy Co. Inc. and Toshiba
                                        America Information Systems, Inc.

**FILER'S ATTESTATION**

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Richard D. Lambert hereby attests that concurrence in the filing of this document has been obtained.*