STONEBARGER LAW
A Professional Corporation

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>   vs.<br><br>BEST BUY STORES, LP, a Virginia limited partnership; BESTBUY.COM, LLC, a Virginia limited liability company; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 3-100, inclusive<br><br>              Defendants. | CASE NO. 12-CV-02103-GEB-JFM<br><br>**ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND CONTINUING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that:

    1.    Defendants' time within which to answer or otherwise serve and file a response to Plaintiff's Second Amended Complaint in this action shall be and hereby is extended to May 1, 2013;

    2.    The Status Conference currently scheduled on April 15, 2013, at 9:00 a.m. be continued to July 22, 2013, or to an alternative date that the Court determines suitable; and

////

////

---

[PROPOSED] ORDER EXTENDING TIME TO RESPOND AND CONTINUING STATUS CONFERENCE
CASE NO. 12-CV-02103-GEB-JFM

3. No Joint Statement is currently due.  The parties will meet and confer twenty-one (21) days prior to the rescheduled Status Conference hearing and file a Joint Statement fourteen (14) days before the continued Status Conference hearing date.

**Date:  3/28/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge