# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>                   Plaintiffs,<br>vs.<br><br>BEST BUY STORES, LP, a Virginia limited partnership; BESTBUY.COM, LLC, a Virginia limited liability company; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 3-100, inclusive<br><br>                   Defendants. | CASE NO. 12-CV-02103-GEB-JFM<br><br>**[PROPOSED] ORDER CONTINUING HEARING** |

**IT IS HEREBY ORDERED** that:

    1.    The hearings currently scheduled on June 3, 2013, at 9:00 a.m. are continued to July 15, 2013 at 9:00 a.m.;

    2.    That Plaintiffs opposition papers to the Motions shall remain due to be filed on or before May 20, 2013; and

    3.    That Defendants' respective reply papers shall remain due to be filed on or before May 27, 2013.

Dated: May10, 2013

                                        Honorable Garland E. Burrell

STONEBARGER LAW
A Professional Corporation

[PROPOSED] ORDER CONTINUING HEARING