1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  REBEKAH KAUFMAN (CA SBN 213222)
   RKaufman@mofo.com
3  SAMUEL J.B. LUNIER (CA SBN 252732)
   SLunier@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6
   MICHAEL STUSIAK (CA SBN 142952)
7  MStusiak@mofo.com
   MORRISON & FOERSTER LLP
8  400 Capitol Mall
   Suite 2600
9  Sacramento, California  95814-4428
   Telephone: 916.448.3200
10
   Attorneys for Defendant
11 TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

12              UNITED STATES DISTRICT COURT

13            EASTERN DISTRICT OF CALIFORNIA

14

15 CHAD HERRON, individually, on behalf of       Case No.    12-CV-02103-GEB-JFM
   himself and all others similarly situated,
16                                               **CLASS ACTION**
                    Plaintiff,
17                                               **STIPULATION TO EXTEND
          v.                                     TOSHIBA AMERICA
18                                               INFORMATION SYSTEMS,
   BEST BUY STORES, LP, a Virginia limited       INC.'S TIME TO RESPOND TO
19 partnership; BESTBUY.COM, LLC, a Virginia     SECOND AMENDED CLASS
   limited liability company; TOSHIBA           ACTION COMPLAINT**
20 AMERICA INFORMATION SYSTEMS, INC.,
   a California corporation; and DOES 3-100,     Hon. Garland E. Burrell, Jr.
21 inclusive,

22                  Defendants.

23

24

25

26

27

28

**RECITALS**

WHEREAS, Plaintiff Chad Herron ("Plaintiff") filed his Second Amended Class Action Complaint ("SAC") on March 1, 2013;

WHEREAS, on May 1, 2013, Defendant Toshiba America Information Systems, Inc. ("TAIS") filed a motion to dismiss the SAC;

WHEREAS, on August 16, 2013, TAIS received notice that the Court had denied its motion to dismiss the SAC;

WHEREAS, TAIS's deadline to respond to the SAC is August 30, 2013;

WHEREAS, on May 1, 2013, Defendants Best Buy Stores, LP, and Bestbuy.com LLC (collectively the "Best Buy Defendants") also filed a motion to dismiss the SAC (the "Best Buy Motion");

WHEREAS, the Court has not yet ruled on the Best Buy Motion;

WHEREAS, Plaintiff has agreed, pursuant to Local Rule 144 to, extend the time for TAIS to file its response to the SAC until fourteen days after the Court has ruled on the Best Buy Motion and made a determination as to whether any further amendments are needed.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and TAIS through their respective undersigned counsel, that TAIS's time within which to answer or otherwise serve and file a response to Plaintiff's Second Amended Complaint in this action shall be and hereby is extended until fourteen days after the Court rules on the Best Buy Motion.

IT IS SO STIPULATED.

Dated:  August 26, 2013          PENELOPE A. PREOVOLOS
                                 J. MICHAEL STUSIAK
                                 REBEKAH KAUFMAN
                                 SAMUEL J.B. LUNIER
                                 MORRISON & FOERSTER LLP


                        By:    /s/ Penelope E. Preovolos
                               PENELOPE E. PREOVOLOS
                               Email: PPreovolos@mofo.com

                               Attorneys for Defendant
                               TOSHIBA AMERICA INFORMATION
                               SYSTEMS, INC.

Dated:  August 26, 2013          GENE J. STONEBARGER
                                 RICHARD D. LAMBERT
                                 ELAINE W. YAN
                                 STONEBARGER LAW, APC


                        By:    /s/ Richard D. Lambert (authorized 8/26/13)
                               RICHARD D. LAMBERT
                               Email: rlambert@stonebargerlaw.com

                               Attorneys for Plaintiff
                               CHAD HERRON

                        FILER'S ATTESTATION

        Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,

Penelope E. Preovolos hereby attests that concurrence in the filing of this document has been

obtained.



**IT IS SO ORDERED.**

**Dated:  August 27, 2013**

                               _____
                               GARLAND E. BURRELL, JR.
                               Senior United States District Judge

STIPULATION TO EXTEND TAIS'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 12-CV-02103-GEB-JFM
sf-3324862

3