PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
REBEKAH KAUFMAN (CA SBN 213222)
RKaufman@mofo.com
SAMUEL J.B. LUNIER (CA SBN 252732)
SLunier@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

MICHAEL STUSIAK (CA SBN 142952)
MStusiak@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall
Suite 2600
Sacramento, California 95814-4428
Telephone: 916.448.3200

Attorneys for Defendant
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY STORES, LP, a Virginia limited partnership; BESTBUY.COM, LLC, a Virginia limited liability company; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 3-100, inclusive,<br><br>Defendants. | Case No.   12-CV-02103-GEB-JFM<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE OCTOBER 28, 2013 STATUS CONFERENCE**<br><br>Hon. Garland E. Burrell, Jr. |

1       WHEREAS, on May 1, 2013, Defendants Best Buy Stores, LP, and Bestbuy.com LLC
2  (collectively the "Best Buy Defendants") filed a motion to dismiss Plaintiff's Second Amended
3  Class Action Complaint (the "Best Buy Motion");

4       WHEREAS, the Court has not yet ruled on the Best Buy Motion;

5       WHEREAS, a Status Conference in this case is currently scheduled for October 28, 2013,
6  at 9:00 a.m.;

7       WHEREAS, the parties have met and conferred and believe that a ruling on the Best Buy
8  Motion is necessary in order to determine the appropriate scope of discovery, motion and
9  discovery deadlines, and various other issues that must be addressed in their Joint Statement and
10 discussed at the Status Conference.

11      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
12 Plaintiff and Defendants through their undersigned counsel and subject to the Court's approval
13 that:

14      1.      The Status Conference currently scheduled on October 28, 2013, at 9:00 a.m. be
15 continued to November 18, 2013 at 9:00 a.m., or to an alternative date that the Court determines
16 suitable; and

17      2.      No Joint Statement is currently due.  The parties will meet and confer twenty-one
18 (21) days prior to the rescheduled Status Conference hearing and file a Joint Statement fourteen
19 (14) days before the continued Status Conference hearing date.

20
21
22
23
24
25
26
27
28

IT IS SO STIPULATED.

Dated: October 9, 2013        MORRISON & FOERSTER LLP

By:    /s/ Samuel J.B. Lunier
SAMUEL J.B. LUNIER
Email: SLunier@mofo.com

Attorneys for Defendant
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Dated: October 9, 2013        ROBINS, KAPLAN, MILLER & CERESI LLP

By:    /s/ Michael A. Geibelson *(authorized 10/9/13)*
MICHAEL A. GEIBELSON
Email: MAGeibelson@rkmc.com

Attorneys for Defendants
BEST BUY STORES, L.P. and
BESTBUY.COM, LLC

Dated: October 9, 2013        STONEBARGER LAW, APC

COTCHETT, PITRE & MCCARTHY LLP

By:    /s/ Richard D. Lambert *(authorized 10/9/13)*
RICHARD D. LAMBERT
Email: rlambert@stonebargerlaw.com

Attorneys for Plaintiff
CHAD HERRON

## FILER'S ATTESTATION

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Samuel J.B. Lunier hereby attests that concurrence in the filing of this document has been obtained.

The pretrial scheduling conference, currently set for October 28, 2013, is rescheduled for November 25, 2013, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED**

**Dated: October 10, 2013**

1  
2                                                      _____  
                                                    GARLAND E. BURRELL, JR.  
                                                    Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE OCT. 28, 2013 STATUS CONFERENCE  
CASE NO. 12-CV-02103-GEB-JFM  
sf-3341589

4