## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST BUY CO. INC., a Minnesota corporation; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 1-100, inclusive<br><br>Defendants. | CASE NO. 12-CV-02103-GEB-JFM<br><br>**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that:

1. The Status Conference currently scheduled on November 25, 2013, at 9:00 a.m. be continued to January 21, 2014 at 9:00 a.m.; and

2. No Joint Status Statement is currently due; however, a Joint Status Statement shall be filed no later than fourteen (14) days before the continued Status Conference hearing date.

Dated: November 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STONEBARGER LAW
A Professional Corporation

-1-
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT