ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Defendants
*BEST BUY STORES, L.P. and BESTBUY.COM, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST BUY STORES, LP, a Virginia limited partnership; BESTBUY.COM, LLC, a Virginia limited liability company; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 3-100, inclusive,<br><br>Defendants. | Case No.  12-CV-02103-GEB-JFM<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING BEST BUY STORES, LP's OBLIGATION TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT; AND [PROPOSED] ORDER**<br><br>Hon. Garland E. Burrell, Jr. |

## **RECITALS**

WHEREAS, Plaintiff Chad Herron ("Plaintiff") filed his Second Amended Class Action Complaint ("SAC") on March 1, 2013;

WHEREAS, on May 1, 2013, Defendants Best Buy Stores, LP, and Bestbuy.com LLC filed a motion to dismiss the SAC (the "Best Buy Motion");

WHEREAS, on February 4, 2014, the Court ruled on the Best Buy Motion, dismissing Defendant Bestbuy.com LLC;

WHEREAS, in its February 4, 2014 ruling, the Court granted Plaintiff 35 days in which to file an amended complaint;

1  WHEREAS, Plaintiff intends to a file a Third Amended Complaint ("TAC");

2  WHEREAS, it would be inefficient for Best Buy Stores, LP to file a response to the SAC when a further amended complaint is forthcoming;

4  WHEREAS, Plaintiff has agreed that Best Buy Stores, LP need not file a response to the SAC and may instead file a response to the TAC within fourteen days after the TAC is filed;

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Best Buy Stores, LP through their respective undersigned counsel, that Best Buy Stores, LP need not file a response to the Second Amended Complaint in this action.  Instead, Best Buy Stores, LP shall file a response to the Plaintiff's forthcoming Third Amended Complaint within fourteen days after Plaintiff files his Third Amended Complaint.

IT IS SO STIPULATED.

Dated: February 11, 2014    MICHAEL A. GEIBELSON
JILL S. CASSELMAN
ROBINS KAPLAN MILLER & CIRESI, LLP

By:  /s/ Michael A. Geibelson
MICHAEL A. GEIBELSON
Email: MAGeibelson@rkmc.com

Attorneys for Defendants
BEST BUY STORES, LP &
BESTBUY.COM, LLC

Dated: February 11, 2014    GENE J. STONEBARGER
RICHARD D. LAMBERT
ELAINE W. YAN
STONEBARGER LAW, APC

By:  /s/ Richard D. Lambert
RICHARD D. LAMBERT
Email: rlambert@stonebargerlaw.com

Attorneys for Plaintiff
CHAD HERRON

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

FILER'S ATTESTATION

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Michael A. Geibelson hereby attests that concurrence in the filing of this document has been obtained.

**IT IS SO ORDERED**

Dated:  February 12, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge