PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
REBEKAH KAUFMAN (CA SBN 213222)
RKaufman@mofo.com
SAMUEL J.B. LUNIER (CA SBN 252732)
SLunier@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

MICHAEL STUSIAK (CA SBN 142952)
MStusiak@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall
Suite 2600
Sacramento, California 95814-4428
Telephone: 916.448.3200

Attorneys for Defendant
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY STORES, LP, a Virginia limited partnership; BESTBUY.COM, LLC, a Virginia limited liability company; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 3-100, inclusive,<br><br>Defendants. | Case No.   12-CV-02103-GEB-JFM<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S OBLIGATION TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Garland E. Burrell, Jr. |

**RECITALS**

WHEREAS, Plaintiff Chad Herron ("Plaintiff") filed his Second Amended Class Action Complaint ("SAC") on March 1, 2013;

WHEREAS, on May 1, 2013, Defendant Toshiba America Information Systems, Inc. ("TAIS") filed a motion to dismiss the SAC (the "TAIS Motion");

WHEREAS, on May 1, 2013, Defendants Best Buy Stores, LP, and Bestbuy.com LLC (collectively the "Best Buy Defendants") also filed a motion to dismiss the SAC (the "Best Buy Motion");

WHEREAS, on August 16, 2013, the Court denied the TAIS motion;

WHEREAS, on August 26, 2013, Plaintiff and TAIS stipulated that TAIS' time within which to answer or otherwise serve and file a response to Plaintiff's Second Amended Complaint in this action would be extended until fourteen days after the Court rules on the Best Buy Motion;

WHEREAS, Plaintiff and TAIS previously stipulated to extend TAIS' time within which to answer or otherwise serve and file a response to Plaintiff's Second Amended Complaint from March 28, 2013, to April 1, 2013, and again from April 1, 2013 to May 1, 2013;

WHEREAS, on February 4, 2014, the Court ruled on the Best Buy Motion;

WHEREAS, pursuant to stipulation, TAIS' deadline to respond to the SAC is February 18, 2014;

WHEREAS, in its February 4, 2014 ruling, the Court granted Plaintiff 35 days in which to file an amended complaint;

WHEREAS, Plaintiff intends to a file a Third Amended Complaint ("TAC");

WHEREAS, it would be inefficient for TAIS to file a response to the SAC when a further amended complaint is forthcoming;

WHEREAS, Plaintiff has agreed that TAIS need not file a response to the SAC and may instead file a response to the TAC within fourteen days after the TAC is filed;

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and TAIS through their respective undersigned counsel, that TAIS need not file a

response to the Second Amended Complaint in this action.  Instead, TAIS shall file a response to the Plaintiff's forthcoming Third Amended Complaint within fourteen days after Plaintiff files his Third Amended Complaint.

IT IS SO STIPULATED.

Dated: February 10, 2014

PENELOPE A. PREOVOLOS
J. MICHAEL STUSIAK
REBEKAH KAUFMAN
SAMUEL J.B. LUNIER
MORRISON & FOERSTER LLP

By: /s/ Rebekah Kaufman
REBEKAH KAUFMAN
Email: RKaufman@mofo.com

Attorneys for Defendant
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Dated: February 10, 2014

GENE J. STONEBARGER
RICHARD D. LAMBERT
ELAINE W. YAN
STONEBARGER LAW, APC

By: /s/ Richard D. Lambert *(authorized 2/10/14)*
RICHARD D. LAMBERT
Email: rlambert@stonebargerlaw.com

Attorneys for Plaintiff
CHAD HERRON

FILER'S ATTESTATION

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Rebekah Kaufman hereby attests that concurrence in the filing of this document has been obtained.

**IT IS SO ORDERED.**

**Dated:  February 25, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge