STONEBARGER LAW
A Professional Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated, | CASE NO. 12-CV-02103-GEB-JFM |
| Plaintiffs, | **[PROPOSED] ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** |
| vs. | |
| BEST BUY STORES, LP, a Virginia limited partnership; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that:

1.    The hearings currently scheduled on May 19, 2014, at 9:00 a.m. are continued to June 2, 2014 at 9:00 a.m.;

2.    Plaintiff's opposition papers to the Motion to Dismiss [Doc. 71] and the Motion to Compel Arbitration [Doc. 74] are due to be filed on or before May 12, 2014; and

3.    Defendants' respective reply papers are due to be filed on or before May 19, 2014.

Dated:  April 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge