ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

Attorneys for Defendants
*BEST BUY STORES, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST BUY STORES, LP, a Virginia limited partnership; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; and DOES 3-100, inclusive,<br><br>Defendants. | Case No.  12-CV-02103-GEB-CKD<br><br>**STIPULATION REGARDING DISMISSAL OF TOSHIBA AMERICA INFORMATION SYSTEMS, INC. WITHOUT PREJUDICE**<br><br>Hon. Garland E. Burrell, Jr. |

## RECITALS

WHEREAS, on March 24, 2014, Toshiba America Information Systems, Inc. (hereafter, "TAIS") made a Motion to Compel Arbitration (Dkt. 74);

WHEREAS, on June 2, 2014, upon full briefing, this Court granted TAIS's Motion to Compel Arbitration (Dkt. 86) and stayed the case as against TAIS;

WHEREAS, Plaintiff has represented to Defendants TAIS and Best Buy Stores, L.P., (hereafter, "Best Buy") that he does not intend to pursue arbitration against TAIS;

WHEREAS, in reliance upon Plaintiff's representation that he does not intend to pursue arbitration with TAIS, Best Buy is willing to stipulate to a dismissal of TAIS without prejudice

and has forebeared from moving to stay the action pending the outcome of the arbitration;

WHEREAS, absent Plaintiff's representation that he does not intend to pursue arbitration with TAIS, Best Buy would move for a stay of the action against it pending the outcome of the arbitration with TAIS because of the impact the outcome of the arbitration may have on the adequacy of Plaintiff's representation of the putative class, and to avoid the potential for inconsistent judgments;

WHEREAS, Plaintiff has agreed that if an arbitration between Plaintiff and TAIS is instituted with regard to the subject matter of this litigation, Best Buy will have the right to pursue a stay of this action *nunc pro tunc*, and without any prejudice based upon the delay in or timing of bringing the motion;

WHEREAS, the parties agree that by entering into this stipulation, TAIS does not waive any rights it may otherwise have.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff, TAIS, and Best Buy Stores, L.P. through their respective undersigned counsel, that

1. TAIS is dismissed from this action without prejudice.

2. If an arbitration between Plaintiff and TAIS is instituted with regard to the subject matter of this litigation, (a) Best Buy Stores, L.P. may make a motion to stay pending the completion of the arbitration, (b) that motion may be considered by the Court to have been filed *nunc pro tunc*, and (c) Plaintiff waives all arguments in opposition to that motion based upon the delay in bringing the motion or otherwise based upon the time when the motion is brought.

3. This stipulation shall not constitute a waiver of any rights that TAIS may have.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: August 12, 2014 | **STONEBARGER LAW APC** |
| 2 | | |
| 3 | | By:*/s/ Richard D. Lambert*<br>   Richard D. Lambert |
| 4 | | **ATTORNEYS FOR PLAINTIFF CHAD HERRON** |
| 5 | | |
| 6 | DATED: August 12, 2014 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 7 | | |
| 8 | | By:*/s/ Michael A. Geibelson*<br>   Michael A. Geibelson |
| 9 | | **ATTORNEYS FOR DEFENDANTS BEST BUY STORES, L.P.** |
| 10 | | |
| 11 | DATED: August 12, 2014 | **MORRISON & FOERSTER LLP** |
| 12 | | |
| 13 | | By:*/s/ Rebekah Kaufman*<br>   Rebekah Kaufman |
| 14 | | **ATTORNEYS FOR DEFENDANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC.** |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES