## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>BEST BUY STORES, LP, a Virginia limited partnership; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation; inclusive,<br><br>                    Defendants. | CASE NO. 12-CV-02103-GEB-CKD<br><br>**[PROPOSED] ORDER CONTINUING PLAINTIFF'S DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SET BRIEFING SCHEDULE** |

**IT IS HEREBY ORDERED** that:

     1.    The deadline for Plaintiff to file his Motion for Class Certification is continued from May 11, 2015 to August 14, 2015;

     2.    The deadline for Best Buy Stores, L.P. to file any opposition to the Motion for Class Certification shall be September 18, 2015;

     3.    The deadline for Plaintiff to file any reply to any opposition to the Motion for Class Certification shall be October 16, 2015; and

/ / /

4. The hearing on Plaintiff's Motion for Class Certification shall be set for November 2, 2015 at 9:00 a.m., or to an alternative date that the Court determines suitable.

Dated: April 21, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge