UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BEST BUY STORES, LP, a Virginia limited partnership,<br><br>　　　　Defendant. | No. 2:12-CV-02103-GEB-CKD<br><br>**ORDER GRANTING DELL INC.'S MOTION TO INTERVENE AS A PARTY DEFENDANT** |

　　　　Dell Inc. moves to intervene in this action as a Party Defendant arguing Federal Rule of Civil Procedure ("Rule") 24(a)(2) authorizes it to intervene as a matter of right. Each party filed a statement of non-opposition to the motion. The motion is GRANTED.

Dated:  May 19, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1