1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   CHAD HERRON, individually, on        No. 2:12-cv-02103-GEB-CKD
    behalf of himself and all
8   others similarly situated,

9            Plaintiff,               **ORDER GRANTING IN PART AND
                                      DENYING IN PART BEST BUY'S**
10       v.                           **SEALING REQUEST**

11  BEST BUY STORES, LP, a
    Virginia limited partnership;
12  and Dell, Inc.;

13           Defendants.

14

15       On September 18, 2015, Defendant Best Buy Stores, LP

16  ("Best Buy") submitted for in camera consideration a Request to

17  Seal Documents and to File Redacted Versions of the Subject

18  Documents, a Memorandum of Points & Authorities and two

19  declarations in support thereof, a proposed sealing order, and

20  the 55 pages of documents sought to be sealed. The documents

21  requested to be sealed are identified in a publicly filed Notice

22  of Request to Seal Documents and to File Redacted Versions

23  ("Notice") as follows:

24           Paginated  Documents  to  Seal,  pp.  1-11
             (Portions  of  the  Memorandum  of  Points  and
25           Authorities  in  Support  of  Best  Buy  Stores,
             L.P.'s  Opposition  to  Plaintiff's  Motion  for
26           Class Certification)[;]

27           Paginated  Documents  to  Seal,  pp.  12-29
             (Portions  of  the  Declaration  of  Jason  Bonfig
28           in  Support  of  Defendant  Best  Buy  Stores,

                                1

1          L.P.'s Opposition to Plaintiff's Motion for
           Class Certification and exhibits thereto);
2
           Paginated   Documents   to   Seal,   pp.   30-33
3          (Portions   of   the   Declaration   of   Dennis
           Tootelian   in   Support   of   Best   Buy   Stores,
4          L.P.'s Opposition to Plaintiff's Motion for
           Class Certification)[; and]
5
           Paginated   Documents   to   Seal,   pp.   34-55
6          (Portions   of   the   Declaration   of   Conrad   M.
           Davis, CPA/CFF, CFE in Support of Best Buy
7          Stores,   L.P.'s   Opposition   to   Plaintiff's
           Motion for Class Certification and exhibits
8          thereto).

9    (Notice 1:22-2:7, ECF No. 132 (bullet points omitted).)

10         Best Buy seeks to file the referenced documents under

11   seal, arguing:

12         Each   of   the   Subject   Documents   contains,
           excerpts,   abstracts,   and/or   reflects
13         information   .   .   .   which   this   Court   has
           already found should properly be sealed in
14         consideration   of   the   Motion   for   Class
           Certification (see Dkt. 129). As was
15         previously explained (Dkt. No. 128 and the
           related   filings),   the   Subject   Documents
16         include confidential and/or highly sensitive
           proprietary business information about Best
17         Buy's internal valuation of laptop computers
           and brands, processes for selecting a product
18         mix,   units   sold,   and   prices   paid   by
           customers. The disclosure of this information
19         would be competitively harmful to Best Buy by
           giving   its   detractors,   competitors   and
20         vendors   valuable   proprietary   information
           about Best Buy's pricing, sales volumes, and
21         internal models of product valuation, which
           extend beyond the laptop models which are the
22         subject of this litigation.

23   (Id. at 2:8-19.)

24         Best Buy also requests an order "allow[ing] Best Buy to

25   file redacted versions of the Subject Documents [o]n the public

26   [docket] pursuant to Local Rule 140 for the United States

27   District Court for the Eastern District of California." (Id. at

28   4:1-3.)

2

1                                **DISCUSSION**

2          The September 10, 2015 Order Granting Joint Renewed

3   Sealing Request discussed the two standards that generally govern

4   sealing requests. (See Order 4:25-6:8, ECF No. 129; see also

5   Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1172, 1178-80

6   (9th Cir. 2006) (discussing the "good cause" and "compelling

7   reasons" sealing standards).) Therefore, they are not repeated

8   herein.

9          Best Buy argues the "good cause" standard governs its

10  sealing request. However, the Court need not decide which

11  standard applies since Best Buy has shown that the majority of

12  documents sought to be sealed and the majority of the proposed

13  redactions satisfy the heightened compelling reasons standard,

14  and Best Buy has not provided sufficient justification to support

15  the remainder of its request under the lesser good cause

16  standard.

17         Best Buy has shown, with the exception of page 40 of

18  its Memorandum of Points and Authorities in Support of Best Buy

19  Stores, L.P.'s Opposition to Plaintiff's Motion for Class

20  Certification ("P&As"), "compelling reasons" to seal each of the

21  referenced documents; the documents contain business information

22  the public disclosure of which could be detrimental to Best Buy's

23  competitive interests. Williams v. U.S. Bank Nat'l Ass'n, 290

24  F.R.D. 600, 604 (E.D. Cal. 2013) ("'[S]ources of business

25  information that might harm a litigant's competitive standing'

26  often warrant protection under seal." (quoting Nixon v. Warner

27  Commc'ns, Inc., 435 U.S. 589, 598 (1978))). In contrast, Best Buy

28  has not shown even good cause to seal page 40 of its P&As. The

                                    3

1   sentence at issue on that page of the P&As "does not appear to be

2   sufficiently detailed to be likely to result in competitive

3   harm." Welle v. Provident Life & Accident Ins. Co., No. 3:12-cv-

4   3016 EMC (KAW), 2013 WL 6055369, at *2 (N.D. Cal. Nov. 14, 2013).

5           Further, Best Buy has shown "compelling reasons" to

6   justify its proposed redactions with the exception of the

7   following proposed redactions to its P&As:

8           Page 5, line 11, starting with "Indeed" through page 5,

9   line 13, ending with "26.)";

10          Page 38, line 11, starting with "They" through page 38,

11  line 12, ending with "IV.B.4.f.)";

12          Page 40, line 8, starting with "The" through page 40,

13  line 9, ending with "Ex. E.)";

14          Page 43, line 13, starting with "fair" through page 43,

15  line 17, ending with "Equations'";

16          Page 46, line 1, starting with "d." through page 46,

17  line 6, ending with "time.";

18          Page 46, line 8, starting with "Sarfield's" through

19  page 46, line 10, ending with "Ex. C.)"; and

20          Page 46, line 23, starting with "The" through page 46,

21  line 24, ending with "Ex. E.)".

22          Best Buy has not shown justification for these itemized

23  redactions even under the lesser good cause standard. "Because of

24  the strong presumption of access to [court] records, . . .

25  [s]ealing orders . . . must be narrowly tailored." Perry v. City

26  & Cnty. of S.F., No. 10-16696, 2011 WL 2419868, at *21 (9th Cir.

27  2011). Therefore, "any interest justifying closure must be

28  specified with particularity, and there must be [a showing] that

1 the [redaction requested] is narrowly confined to protect that

2 interest." Id. (internal quotation marks, citation, and emphasis

3 omitted).

4          For the stated reasons, Best Buy's sealing request is

5 granted in part, and denied in part.

6          Best Buy shall provide to the Clerk an electronic copy

7 of the documents to be filed under seal as prescribed in Local

8 Rule 141(e)(2)(i) within seven (7) days from the date this order

9 is filed.

10          Further, Best Buy shall file the authorized redacted

11 versions of the sealed documents on the public docket within

12 seven (7) days from the date this order is filed.

13 Dated:   September 25, 2015

14

15 _____

16 GARLAND E. BURRELL, JR.
   Senior United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28