1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>BEST BUY STORES, LP, a Virginia limited partnership,<br><br>　　　　　　　　　Defendant. | CASE NO.  2:12-CV-02103-TLN-CKD<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DEADLINE TO FILE AMENDED MOTION FOR CLASS CERTIFICATION FROM MAY 27, 2016 TO JUNE 24, 2016**<br><br>**Judge: Troy L. Nunley** |

**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DEADLINE TO FILE AMENDED MOTION FOR CLASS CERTIFICATION**

Having reviewed the *Ex Parte* Application for an Order Continuing Plaintiff's Deadline to File Amended Motion for Class Certification from May 27, 2016 to June 24, 2016, and good cause appearing,

It is hereby ORDERED that:

(1) Plaintiff's *Ex Parte* Application for an Order Continuing Plaintiff's Deadline to File Amended Motion for Class Certification from May 27, 2016 to June 24, 2016 is GRANTED;

(2) Plaintiff's Amended Motion for Class Certification shall be due on or before June 24, 2016;

(3) Defendant Best Buy Stores, L.P. shall file an opposition to Plaintiff's Amended Motion for Class Certification in accordance with Local Rule 230(c), making it due and served not less than fourteen (14) days preceding the continued hearing date ; and

(4) Plaintiff shall file a reply to Plaintiff's Amended Motion for Class Certification in accordance with Local Rule 230(d), making it due and served not less than seven (7) days preceding the continued hearing date.

**IT IS SO ORDERED.**

Dated: May 6, 2016

Troy L. Nunley
United States District Judge