# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>BEST BUY STORES, LP, a Virginia limited partnership,<br><br>          Defendant. | Case No.  12-CV-02103-TLN-CKD<br><br>**ORDER GRANTING DEFENDANT BEST BUY STORES LP'S MOTION TO CONTINUE DEADLINES TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION AND TO SET HEARING DATE** |

Having reviewed the Motion to Continue Deadlines to File Opposition and Reply Briefs to Plaintiff's Amended Motion for Class Certification and to Set Hearing Date, and good cause appearing, it is hereby ORDERED that:

(1)    Best Buy's Motion to Continue Deadlines to File Opposition and Reply Briefs to Plaintiff's Amended Motion for Class Certification and to Set Hearing Date is GRANTED;

(2)    Plaintiff's Amended Motion for Class Certification shall be due on or before June 24, 2016;

(3) Defendant Best Buy Stores, L.P.'s Opposition to the Amended Motion for Class Certification shall be due on or before August 18, 2016;

(4) Plaintiff's Reply in support of the Amended Motion for Class Certification shall be due on or before September 8, 2016;

(5) The hearing on Plaintiff's Amended Motion shall be September 22, 2016.

**IT IS SO ORDERED.**

Dated: May 20, 2016

Troy L. Nunley
United States District Judge