1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BEST BUY STORES, LP, a Virginia limited partnership,<br><br>  Defendant. | CASE NO.: 2:12-CV-02103-TLN-CKD<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS AND TO FILE REDACTED VERSIONS** |

**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL**

1  Having reviewed Plaintiff's Request to Seal Documents and to File Redacted Versions of the Declaration of Gene J. Stonebarger in Support of Plaintiff's Amended Motion for Class Certification and the exhibits attached thereto, the Declaration of Colin B. Weir and the exhibits attached thereto, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Request to Seal Documents designated as "Request to Seal pp. 1-731" is GRANTED.

2. Plaintiff's Request to File Redacted Versions of the Declaration of Gene J. Stonebarger in Support of Plaintiff's Amended Motion for Class Certification and the exhibits attached thereto, the Declaration of Colin B. Weir and the exhibits attached thereto is GRANTED.

3. Plaintiff is to file redacted versions of the Declaration of Gene J. Stonebarger in Support of Plaintiff's Amended Motion for Class Certification and the exhibits attached thereto, the Declaration of Colin B. Weir and the exhibits attached thereto in the public record consistent with this Order within seven (7) days from the date of this Order.

Dated: July 19, 2016

Troy L. Nunley
United States District Judge

---

**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL**