1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   CHAD HERRON, individually, on behalf of        )   CASE NO.: 12-CV-02103-TLN-CKD
     himself and all others similarly situated,     )
                                                    )   **CLASS ACTION**
12                             Plaintiffs,          )
                                                    )   **ORDER GRANTING PLAINTIFF'S**
13        vs.                                       )   **REQUEST TO SEAL DOCUMENTS**
                                                    )   **AND TO FILE REDACTED VERSIONS**
14   BEST BUY STORES, LP, a Virginia limited        )
     partnership,                                   )
15                                                  )
                               Defendant.           )
16                                                  )
                                                    )
17   _____            )

18
19
20
21
22
23
24
25
26
27
28

---

**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL**

1 | Having reviewed Plaintiff's Request to Seal Documents and to File a Redacted Version of the Supplemental Declaration of Colin B. Weir, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Request to Seal Documents designated as "Request to Seal p. 1" is GRANTED.

2. Plaintiff's Request to File a Redacted Version of the Supplemental Declaration of Colin B. Weir is GRANTED.

3. Plaintiff is to file a redacted version of the Supplemental Declaration of Colin B. Weir in the public record consistent with this Order within seven (7) days from the date of this Order.

Dated: September 9, 2016

Troy L. Nunley
United States District Judge