**STONEBARGER LAW, APC**
Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141

*Attorneys for Plaintiff Chad Herron*
[Additional Counsel for Plaintiff are listed on signature page]

**ROBINS KAPLAN LLP**
Michael A. Geibelson, Bar No. 179970
MGeibelson@robinskaplan.com
Jill S. Casselman, Bar No. 266085
JCasselman@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Defendant
*BEST BUY STORES, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HERRON, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST BUY STORES, LP, a Virginia limited partnership,<br><br>Defendant. | Case No. 12-CV-02103-TLN-CKD<br><br>**JOINT STATUS REPORT AND STIPULATION; ORDER**<br><br>*Assigned to the Hon. Troy L. Nunley, United States District Judge* |

Plaintiff Chad Herron ("Plaintiff") and Defendant Best Buy Stores, L.P. ("Best Buy") (collectively, "the Parties") hereby respectfully submit the following Joint Status Report and [Proposed] Stipulation pursuant to this Court's Minute Order of January 11, 2016 (Dkt. 176):

# JOINT STATUS REPORT

WHEREAS, on April 26, 2018, the Court issued an Order Denying Plaintiff's Amended Motion for Class Certification (Dkt. 222);

WHERERAS, on May 10, 2018, Plaintiff filed a Petition for Permission to Appeal pursuant to Federal Rule of Civil Procedure Rule 23(f) (Dkt. 223);

WHEREAS, the Parties believe that it would conserve valuable Court time and party resources to stay the proceedings in this court until the Ninth Circuit has an opportunity to rule on Plaintiff's Petition;

WHEREAS, the Parties believe that a Status Conference prior to the disposition of Plaintiff's Petition is unnecessary and would tend to waste the Court's resources as well as those of the Parties;

WHEREAS, the Parties agree that any Status Conference before the Court should be continued until after the Ninth Circuit has had an opportunity to rule on Plaintiff's Petition so that the Parties and the Court can fully understand the scope of the action going forward and discuss the progression of the case under those circumstances;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Best Buy through their respective counsel and subject to the Court's approval that:

1. Within fourteen (14) days after the Ninth Circuit has ruled on Plaintiff's Petition for Permission to Appeal, the Parties shall meet and confer about the case schedule and file a further Joint Status Report with this Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 22, 2018      **STONEBARGER LAW, APC**
                                            **COTCHETT, PITRE & MCCARTHY, LLP**

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

By: /s/ *Richard D. Lambert*
    Gene Stonebarger
    Richard D. Lambert
    Anne Marie Murphy

Attorneys for the Plaintiff Chad Herron

DATED: May 22, 2018    **ROBINS KAPLAN LLP**

By: /s/ *Michael A. Geibelson*
    Michael A. Geibelson
    Jill S. Casselman

Attorneys For Defendant
Best Buy Stores, L.P.

## FILER'S ATTESTATION

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jill S. Casselman hereby attests that concurrence in the filing of this document has been obtained.*

Dated: May 22, 2018    ROBINS KAPLAN LLP

By: /s/ *Jill S. Casselman*
    Jill S. Casselman
    Attorneys for Best Buy Stores, L.P.

# ORDER

Having considered the Parties' Joint Status Report and Proposed Stipulation, IT IS HEREBY ORDERED that:

Within fourteen (14) days after the Ninth Circuit has ruled on Plaintiff's Petition for Permission to Appeal, the Parties shall meet and confer about the case schedule and file a further Joint Status Report with this Court.

IT IS SO ORDERED.

DATED: May 30, 2018

_____
Troy L. Nunley
United States District Judge